IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

SARAH HUMPHRIES                                                               PLAINTIFFS

vs                             4:12CV00203-BRW

METROPOLITAN LIFE INSURANCE
COMPANY                                                           DEFENDANT

## ORDER

Pending is the Motion to Dismiss (Doc. No. 32) filed by the parties. After a review of the Motion, the Court finds that the Motion should be, and hereby is, GRANTED and this case is dismissed with prejudice.

IT IS SO ORDERED this 18th day of January, 2013.

                                                     /s/Billy Roy Wilson
                                      UNITED STATES DISTRICT JUDGE

orddism.wprejudice